UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---------------------------------------------------------------------------x

JESSY WALTERS, individually and on behalf of all others similarly situated;

Plaintiff,

-v.-

PORTFOLIO RECOVERY ASSOCIATES, LLC and JOHN DOES 1-25,

Defendants.

---------------------------------------------------------------------------x

Civil Action No:
0:20-cv-2322

## NOTICE OF SETTLEMENT

Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 23rd day of November, 2020

*/s/Avraham Z. Cutler*
Avraham Z. Cutler, Esq.
**Ballon Stoll Bader & Nadler, PC**
729 7th Ave 17th Fl
New York, NY 10019
Ph: 718-578-7711
avicutler@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on November 23, 2020 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Avraham Z. Cutler*
Avraham Z. Cutler, Esq.